UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KELVIN R. LOVETT,**

      **Plaintiff,**

  v.                                       **Civil Action 2:24-cv-4256**
                                               **Judge James L. Graham**
**SGT. GOBEL,** *et al.*,                  **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

---

**KELVIN R. LOVETT,**

      **Plaintiff,**

                                               **Civil Action 2:25-cv-273**
  v.                                          **Judge James L. Graham**
                                               **Magistrate Judge Chelsey M. Vascura**

**C/O R. EVANS,** *et al.*,

      **Defendants.**

## ORDER

    This matter is before the Court on Plaintiff's Motion to Consolidate Cases (Case No. 2:24-cv-4256, ECF No. 18; Case No. 2:25-cv-273, ECF No. 6). By way of background, Plaintiff filed Case No. 2:24-cv-4256 (the "4256 Case") On December 11, 2024. On February 25, 2025, the undersigned advised Plaintiff that he may submit documents and postage as required by S.D. Ohio Civ. Rule 4.2 to have the Clerk's Office effect certified mail over Defendant Evans in the 4256 Case. (ECF No. 12.) On March 18, 2025, Plaintiff submitted documents that the Clerk's Office mistakenly took to represent an attempt to open a second case involving the same

allegations as the 4256 Case. The Clerk's office therefore opened a new case under the number 2:25-273 (the "273 Case"). Plaintiff has since clarified that rather than seeking to open a new case, he submitted those documents to have the Clerk's Office issue certified mail service on Defendant Evans in the 4256 Case as directed by the undersigned in the February 25, 2025 Order. (*See* 4256 Case, ECF No. 17; 273 Case, ECF No. 5.) Plaintiff subsequently filed the subject Motion to Consolidate Cases in both cases. (4256 Case, ECF No. 18; 273 Case, ECF No. 6.)

Given Plaintiff's explanation that he did not intend to open an additional case, the Clerk is **DIRECTED** to **CLOSE** Case No. 2:25-cv-273. As a result, Plaintiff's Motion to Consolidate Cases (4256 Case, ECF No. 18; 273 Case, ECF No. 6) is **DENIED AS MOOT**. If the submitted documents are sufficient under S.D. Ohio Civ. R. 4.2 for the Clerk's Office to issue certified mail service on Defendant Evans in the 4256 Case, then the Clerk is **DIRECTED** to issue certified mail service as requested. If the documents are not sufficient, the Clerk is **DIRECTED** to issue a notice of deficiency identifying what additional materials are necessary.

IT IS SO ORDERED.

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE