IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kelvin R. Lovett, | |
| | Case No. 2:24-cv-04256 |
| Plaintiff, | |
| | Judge Graham |
| v. | |
| Sgt. Gobel, *et al.* | Magistrate Judge Vascura |
| Defendants. | |

## ORDER

This matter is before the Court upon Plaintiff Kelvin R. Lovett's objections to the Magistrate Judge's Report and Recommendations ("R&R"). Doc. 27; doc. 24. In the R&R, the Magistrate Judge recommended that Plaintiff's "Motion to Request Indigence" (doc. 23), construed as a motion to proceed *in forma pauperis*, be denied. Plaintiff's motion specifically sought assistance with the issuance of summons. His objections confirm that the issuance of summons was his primary objective. Doc. 27. Since the filing of Plaintiff's objections, however, the Defendant was properly served, and he timely answer Plaintiff's complaint. *See* doc. 30; doc. 31. Therefore, the Court finds that Plaintiff's motion is now moot. The Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion. Doc. 23.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 20, 2025

[1]